UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BUCKNER,

    Plaintiff,

v.       Case No. 11-13623

DETECTIVE MICHAEL RINI, et al.,

    Defendants.
                                 /

**ORDER TERMINATING PLAINTIFF'S "MOTION TO MOVE FORWARD" AND "MOTION TO CORRECT ORDER"**

Plaintiff Lawrence Buckner, a state prisoner currently confined at the Earnest Brooks Correctional Facility in Muskegon Heights, Michigan, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On September 12, 2011, the court granted Plaintiff's application to proceed *in forma pauperis*. Plaintiff subsequently filed two motions, each, in effect, asking the court to expedite the proceedings in this case. The court will now terminate the motions as moot because Defendants have filed an answer to the complaint and the court, simultaneously with the entry of this order, will enter a scheduling order for the case. Accordingly,

IT IS ORDERED that Plaintiff's "Motion to Move Forward" [Dkt. # 12] and "Motion to Correct Order" [Dkt. # 18] are TERMINATED as moot.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 8, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 8, 2012, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-13623.BUCKNER.Terminate.Pending.Mots.jrc.wpd